| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION** | **VOLUNTARY PETITION**<br><br>Case No. |
| Name of Debtor (if individual, enter Last, First, Middle:<br>**Ammons, Jr., Lee E.** | Name of Joint Debtor (Spouse): |
| All other names used by Debtor in the past eight (8) years: (include married, maiden and trade names) | All other names used by Joint Debtor in the past eight (8) years: |
| Social Security/EIN/Tax ID No. (if more than one, state all): XXX-XX-6092 | Social Security/EIN/Tax ID No. (if more than one, state all): |
| Street Address of Debtor:<br>8411 S. Racine St.<br>Chicago, Illinois  60620 | Street Address of Joint Debtor: |
| County of Residence or Principal Place of Business<br>Cook | County of Residence or Place of Business |
| Mailing Address of Debtor or of Joint Debtor (if different from street address) | |

Location of Principal Assets of Business Debtor (if different from street address):

**Type of Debtor**
X__     Individual
___     Corporation
___     Partnership
___     Other (if not one
Of above entities, state
Type of entity below)

**Type of Business**
__ Health Care Business
__ Single Asset Real Estate as defined
   in 11 U.S.C. Section 101(51B)
__ Railroad
__ Stockbroker
__ Commodity Broker
__ Clearing Bank
__ Other
**Tax-Exempt Entity**
__ Debtor is a tax-exempt organization under Title 26 United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code of Filing**
_ Chapter 7          __ Chapter 15 Petition
__ Chapter 9          for Recognition of
__ Chapter 11         Foreign Main Proceeding
__ Chapter 12         __ Chapter 15 Petition for
_X_ Chapter 13        Recognition of a Foreign
                      Nonmain Proceeding
**Nature of Debts**
X__ Primarily Consumer __ Primarily business Debts, defined in 11 USC 101(8) as "incurred by an individual primarily for a personal, family or house-hold purpose."
**Chapter 11 Debtors**
__Debtor is a small business under 11 USC 101(51D).
__ Debtor is not a small business under 11 USC 101(51D).

__ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than  $2,190,000.

**Filing Fee**
__     Full filing fee attached
_X_     Filing fee to be paid in installments (individuals only). Must attach signed application for court's consideration certifying That debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
__     Filing Fee waiver requested (Chapter 7 individuals Only).  Must attch signed application for court's consideration. See Official Form 3B.

**Statistical / Administrative Information**
____     Debtor estimates that funds will be available for distribution to unsecured creditors.
X___     Debtor estimates that, after exempt property is excluded and administrative expenses
         paid, there  will be no funds available for distribution to unsecured creditors.
**Estimated Number of Creditors**
X__  1 – 49         ____  50 – 99         ____  100 or more
**Estimated Assets**
X__     $0 – $50,000         ____     $50,001 - $100,000 ____ $100,001 or greater
**Estimated Debts**
X__     $0 – $50,000         ____     $50,001 - $100,000 ____ $100,001 or greater

**VOLUNTARY PETITION**      Name of Debtor(s):                                   Page 2
**Ammons, Jr., Lee E.**

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:            Case Number:            Date of Filing:
USBC, Northern District Illinois   10 B 6061     02/16/2010
USBC, Northern District Illinois   09 B 12152    04/06/2009
USBC, Northern District Illinois   08 B 30507    10/29/2008
USBC, Northern District Illinois   04-24417      06/29/2004
USBC, Northern District Illinois   02-49739      12/18/2002

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:            Case Number:            Date of Filing:
District:                      Relationship:           Judge:

**Exhibit A**
(To be completed if Debtor is required
To file periodic reports with the Securities
and Exchange Commission and requesting
relief under Chapter 11).
___ Exhibit A attached.

**Exhibit B** (to be completed if debtor is an individual whose debts are primarily consumer debts)
I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have informed the Petitioner(s) that she may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, and explained to her the relief available under each Chapter. I certify that I have delivered to Debtor the notice required by Title 11 USC Section 342(b).
_____/s/_Michael J. Greco_____   1/08/2010
Signature of Michael J. Greco, Attorney for Debtor(s)   Date

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)
                                         _____
                                         (Name of Landlord that obtained judgment)
                                         (Address of Landlord)
__ Debtor claims that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
X__ Debtor certifies that she has served the Landlord with this certification. (11 USC Section 362(1)).

**VOLUNTARY PETITION**         Name of Debtor(s):                    Page 3
**Ammons, Jr., Lee E.**

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:] I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.


_____/s/\_ Lee E. Ammons, Jr.,\_\_\_\_\_
Signature of Debtor Lee E. Ammons, Jr.,


**Signature of Attorney\***


Respectfully submitted,

By:_____/s/\_Michael J. Greco \_\_\_
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:  6/22/2010


\*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**In re:  Lee E. Ammons, Jr.,  Debtor**                              **Case No.**

**SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS**

___X___  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| | | | TOTAL  $0.00 | |

__0__ continuation sheets attached                              (Report also on Summary of Schedules)

**In re:  Lee E. Ammons, Jr.,   Debtor         Case No.**

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

__ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.
Check box next to each category for which claims are listed:
__ Extensions of credit in an involuntary case.  11 U.S.C. Sec. 507(a)(2)
__ Wages, salaries and commissions payable to employees, sales representatives.  11 U.S.C. Sec. 507(a)(3)
__ Contributions to employee benefit plans.   11 U.S.C. Section 507(a)(4)
__ Certain farmers and fishermen. .  11 U.S.C. Section 507(a)(5)
__ Deposits by individuals. .  11 U.S.C. Section 507(a)(6)
__ Alimony, Maintenance or Support.  Claims of former spouse or child.  11 U.S.C. Section 507(a)(7)
__ Taxes and certain debts owed to governmental units.  11 U.S.C. Section 507(a)(8)
__ Commitments to maintain the capital of an insured depositary institution.   11 U.S.C. Section 507(a)(9)

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim | Amount entitled to Priority | Amount NOT entitled to priority |
|---|---|---|---|---|---|---|
| Acct. VS05086955<br>GC Services LP<br>for Illinois State Tollway<br>PO Box 79<br>Elgin, IL  60121 | | Unpaid Tollway Tolls | | $520.90 | | |
| Arnold Scott Harris, Atty.<br>for City of Chicago Parking<br>600 W. Jackson Blvd. #720<br>Chicago, IL  60661 | | Unpaid parking tickets | | $437.91 | | |
| Village Evergreen Park<br>9418 S. Kedzie Av.<br>Evergreen Park, IL  60805 | | Unpaid Parking Tickets | | $120.00 | | |
| | | TOTAL | | $958.81 | | |

__0__ continuation sheets attached                                                     (Report also on Summary of Schedules)

**In re:  Lee E. Ammons, Jr.,   Debtor         Case No.**

## SCHEDULE F  --  Creditors Holding Unsecured Nonpriority Claims

_____  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No. 8500047716070<br>Peoples Gas<br>Chicago, IL  60687-0001 | | Utility Service | | $1,084.07 |
| Rose Matthews<br>8254 S. California<br>Chicago, IL  60620 | | Loan | | $800.00 |
| Acct No.  6032203392736741<br>Rogers Pontiac<br>2720 S. Michigan Av.<br>Chicago,  IL  60616 | | Revolving Credit line | | $2,500.00 |
| Acct No.<br>Universal Lenders<br>5548 W. Fullerton Ave.<br>Chicago, IL  60639 | | Revolving Credit line | | $1,441.00 |
| Acct No. TCS241368<br>Gibson Chevrolet Inc.<br>1533 E. 162d St.<br>South Holland, IL  60473 | | Loan | | $275.89 |
| Acct No.  028479300-02<br>Afni, Inc.<br>PO Box 3427<br>Bloomington, IL   61702-3427 | | Revolving Credit line | | $246.01 |
| Acct 01337693597<br>Credit Protection Assn. (Comcast)<br>PO Box 3002<br>Southeastern, PA  19398-3002 | | Utilities | | $531.87 |
| Acct. 3HK13893<br>MCI Residential Service<br>PO Box 17890<br>Denver, CO  80217-0890 | | Utilities | | $246.01 |
| Acct. PP02215763350501<br>PLS Loan Store<br>9920 S. Western Ave.<br>Chicago, IL  60643 | | Cash (paycheck advance) loan | | $1,500.00 |

__3__ continuation sheets attached        Page 1 of 4        Subtotal page 1  $8,588.85

| Creditor | Type | Amount |
|---|---|---|
| Acct. 185880<br>Millenium Credit Consultants<br>For TCF National Bank<br>PO Box 18160<br>W. St. Paul, MN  55118-0160 | Loan | $2,135.96 |
| Acct. 388493561<br>T-Mobile<br>PO Box 742596<br>Cincinnati, OH  45274-2596 | Utilities | $1,064.05 |
| Acct. A44093782G<br>AIG<br>PO Box 4373<br>Houston, TX  77210-4373 | Loan | $4,335.17 |
| Acct. 0045943159<br>Fingerhut<br>PO Box 166<br>Newark,  NJ  07101 | Revolving Credit line | $182.27 |
| Acct. 302949791455<br>Publishers Clearing House<br>PO Box 26305<br>Lehigh Valley, PA 18002 | Retail Credit Purchase | $64.36 |
| Acct. 51758007543137822<br>First Premiere Bank<br>PO Box 5147<br>Sioux Falls , SD 57117-9966 | Revolving Credit line | $178.00 |
| 5308346971<br>OneClick Cash<br>2533 N. Carson St.<br>Carson City, NV  89706 | Revolving Credit line | $390.00 |
| 029215348<br> DirecTV<br>PO Box 78626<br>Phoenix, AZ   85062-8626 | Utilities | $222.12 |
| 0087801574<br>Guaranty Bank<br>1300 S Mopac<br>Austin, TX  78746 | Returned check fees | $32.00 |
| 70884182780128<br>SBC<br>Bill Payment Center<br>Chicago, IL  60661 | Utilities | $77.52 |

__2__ continuation sheet attached        Page 2 of 4        Subtotal page 2   $8,681.45

| Creditor | Type | Amount |
|---|---|---|
| 000021454291002<br>Sage Telecom<br>PO Box 79051<br>Phoenix, AZ   85062-9051 | Utilities | $155.65 |
| 29925<br>Done Deal Promotions<br>7900 N. Nagle #500<br>Morton Grove, IL   60053 | Services | $493.96 |
| 0000079096<br>ACME Continental Credit Union<br>13601 S. Perry<br>Riverdale, IL   60827 | Revolving credit line | $2,256.56 |
| 1118624080<br>ComEd<br>Bill Payment Center<br>Chicago, IL   60661 | Utilities | $1,344.39 |
| 10191<br>Aaron's Sales<br>654 Torrence Ave.<br>Calumet City, IL   60409 | Unpaid Service | $90.62 |
| 3221682<br>Christ Medical Group<br>701 Lee St.<br>Des Plaines, IL   60016 | Medical services | $344.00 |
| 30349088<br>Holy Cross Hospital<br>PO Box 2166<br>Bedford Park,, IL   60499-2166 | Medical services | $6.96 |
| Preferred Lending | | |
| Illinois Title Loan | | |
| Comcast 574 271 0645 | Cable TV Service  800 594 1234 | 335.00 |
| 88628<br>Midwest Anesthesiologists<br>185 Penny Ave.<br> East Dundee, IL   60118 | Medical services | $660.00 |

__1__  continuation sheet attached        Page 3 of 4        Subtotal page 3   $5,687.14

| | | |
|---|---|---|
| 538618661<br>Advocate Christ Medical Center<br>4440 W. 95th St.<br>Oak Lawn, IL  60453 | Medical services | $100.00 |
| 054759<br>James Schiappa, MD<br>7722 S. Kedzie Av.<br>Chicago, IL  60652 | Medical services | $397.60 |
| Account No. 400-001-7359755-0001<br>Triad Financial Corp.<br>PO Box 982025<br>North Richland Hills, TX<br>76182-8025 | Automobile purchase | $13,000.00 |
| Midwest Title Loan<br>3751 W. 79th St.<br>Chicago, IL  60620 | Cash (paycheck advance) loan | $1,500.00 |
| Cook County Dept. of Revenue<br>PO Box 641547<br>Chicago, IL  60664-1547 | Medical expense | $171.60 |

                Page 4 of 4    Subtotal page 4    $15,169.20

                                                  TOTAL    $38,126.64

__0__ continuation sheets attached                (Report also on Summary of Schedules)

**In re:  Lee E. Ammons, Jr.,   Debtor        Case No. 10**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of eight sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:        6/22/2010

                Signature (electronic):_____/S/_____
                                   **Lee E. Ammons, Jr.**